**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, EASTERN DISTRICT**

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| ANGEL GUEVARA, ARACELI MENDOZA, CRISTELA MILAGRO MONRROY MIRANDA, DAVID GONZALEZ, JUANA GONZALEZ, MARTHA RODRIGUEZ, AND RAFAEL ARIZA, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br>vs<br>*Plaintiff*<br>LIQUID FBA GOLD LLC, EL SALADA TRADING LLC, SIMON ROFFE, JACK FALACK AND LAURA BORENSTEIN<br>*Defendant* | Index Number: 1:23-CV-01674-EK-RER<br><br>Client's File No.: guevara vs. liquid fba<br><br>Court Date:<br><br>Date Filed: 03/08/2023 |

Job #: 1528483

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**STEEVE LOUIS**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/21/2023**, at **8:34 PM** at: **223-B 140TH STREET, APT. # 2, ROCKAWAY PARK, NY 11694** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET**

On: **SIMON ROFFE**, Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there

**ATTEMPTS:**
03/17/2023 7:03 PM 223-B 140TH STREET, APT. # 2, ROCKAWAY PARK, NY 11694
03/20/2023 3:16 PM 223-B 140TH STREET, APT. # 2, ROCKAWAY PARK, NY 11694

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of
☐ **#3 OTHER**

☒ **#4 MAILING**
On 03/22/2023, deponent enclosed a copy of same in a postpaid envelope properly addressed to SIMON ROFFE at 223-B 140TH STREET, APT. # 2, ROCKAWAY PARK, NY 11694  [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 03/22/2023

*DIANNE GONZALEZ*
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

STEEVE LOUIS
DCA License # 2027870



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*