UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Angel Guevara, Araceli Mendoza, Cristela Milagro Monrroy Miranda, David Gonzalez, Juana Gonzalez, Martha Rodriguez, and Rafael Ariza, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

        *Plaintiffs*,

   - against -

Liquid FBA Gold LLC, El Salada Trading LLC, Simon Roffe, Jack Falack and Laura Borenstein,,

        *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-01674-EK-RER

**CERTIFICATE OF DEFAULT**

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Liquid FBA Gold LLC (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of the Defaulting Defendant Liquid FBA Gold LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   April 21, 2023

            Brenna B. Mahoney, Clerk of Court

            By: *Jalitza Poveda*
               Deputy Clerk

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Angel Guevara, Araceli Mendoza, Cristela Milagro Monrroy Miranda, David Gonzalez, Juana Gonzalez, Martha Rodriguez, and Rafael Ariza, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                   *Plaintiffs*,

                 - against -

Liquid FBA Gold LLC, El Salada Trading LLC, Simon Roffe, Jack Falack and Laura Borenstein,

                                   *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-01674-EK-RER

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Simon Roffe (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of the Defaulting Defendant Simon Roff is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          April 21, 2023

                                              Brenna B. Mahoney, Clerk of Court

                                        By: *Jalitza Poveda*
                                             Deputy Clerk