

**FBA GOLD**

6103 Strickland Ave   Brooklyn, NY 11234
www.liquidfbagold.com   info@liquidfbagold.com
Phone: 917-789-9904

August 16, 2023

Magistrate Judge Ramon E. Reyes, Jr
United States District Court
Eastern District of New York
Docket No. 23-CV-01674-EK-RER

**FILED
Aug 28, 2023, 2:17 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**

Honorable Magistrate Judge Ramon E. Reyes, Jr.,

We're currently looking for an attorney to represent Liquid FBA Gold and all parties. We respectfully request a 90 day extension for us to respond to Plaintiff's motion for default judgment and extend the deadline for us to respond to the motion for default judgment to November 15, 2023.

Should you wish to confirm this with us you can contact my company at 917-789-9904 or email me at simon@liquidfbagold.com.

Sincerely,


Simon D. Roffé
CEO of Liquid FBA Gold